IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE

MAIA PHARMACEUTICALS, INC.,

    Plaintiff,

v.

SASANK C. KUNADHARAJU,

    Defendant.

CIVIL ACTION NO.: 3:22-cv-00610

## DISCLOSURE OF THIRD-PARTY LITIGATION FUNDING

Plaintiff MAIA Pharmaceuticals, Inc. hereby discloses under Local Civil Rule 7.1.1 that no person or entity that is not a party is providing funding for some or all of the attorneys' fees and expenses for the litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

Dated: February 4, 2022

By: *s/ Steven P. Benenson*
Steven P. Benenson
Henry E. Klingeman (*Of Counsel*)
**PORZIO, BROMBERG & NEWMAN, P.C.**
100 Southgate Parkway
Morristown, New Jersey 07962
P: (973) 538-4006; F: (973) 538-5146
spbenenson@pbnlaw.com
henry@klingemanlaw.com

David R. Lurie (*pro hac vice forthcoming*)
**LAW OFFICE OF DAVID R. LURIE, PLLC**
194 President Street
Brooklyn, New York 11231

*Attorneys for Plaintiff*
MAIA Pharmaceuticals, Inc.

6703037